IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENTRUST, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| OPEN SOLUTIONS INC., ) | |
| ) | |
| Defendant. ) | |

## RULE 7.1 CORPORATE DISCLOSURE
## STATEMENT OF ENTRUST, INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Entrust, Inc. respectfully submits this corporate disclosure statement. Entrust, Inc. has no parent corporation and no corporation owns 10% or more of its stock.

                                                */s/*

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
   *Attorneys for Plaintiff*
   *Entrust, Inc.*

OF COUNSEL:
Terence P. Ross
Amy B. Altshul
Michael D. Billok
GIBSON DUNN & CRUTCHER
1050 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036
Tel: (202) 955-8500
Fax: (202) 467-0539

Dated: February 21, 2007

1

RLF1-3117453-1