IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENTRUST, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 07-98-GMS |
| v. | ) |
| | ) |
| OPEN SOLUTIONS INC., | ) |
| | ) |
| Defendant. | ) |

MOTION AND ORDER
FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 83.5, and the attached certification, counsel moves the admission pro hac vice of Terence P. Ross, Amy B. Altshul and Michael D. Billot to represent Plaintiff Entrust, Inc. in this matter.

_____
Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700

*Attorneys for Plaintiff
Entrust, Inc.*

OF COUNSEL:
Terence P. Ross
Amy B. Altshul
Michael D. Billok
GIBSON DUNN & CRUTCHER
1050 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036
Tel: (202) 955-8500

Dated: March 1, 2007

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted this ____ day of March, 2007.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted ☒ to the Clerk's office upon the filing of this motion.

_____
Terence P. Ross

Dated: February 27, 2007

GIBSON DUNN & CRUTCHER
1050 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted ☒ to the Clerk's office upon the filing of this motion.

*Amy B. Altshul*
Amy B. Altshul

Dated: February 27, 2007

GIBSON DUNN & CRUTCHER
1050 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted ☒ to the Clerk's office upon the filing of this motion.

Michael D. Billok

Dated: February 27, 2007

GIBSON DUNN & CRUTCHER
1050 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036

RLF1-3119243-1