IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENTRUST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-098-GMS |
| v. | ) |
| | ) |
| OPEN SOLUTIONS INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Open Solutions Inc. to move, answer or otherwise plead in response to the Complaint is extended until April 12, 2007.  The reason for this extension is that defendant has just retained counsel, and requires additional time to analyze the issues and prepare a response to the Complaint.

| RICHARDS, LAYTON & FINGER P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Gregory E. Stuhlman* | */s/ Rodger D. Smith II* |
| Frederick L. Cottrell III (#2555)<br>Gregory E. Stuhlman (#4765)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>stuhlman@rlf.com<br>    *Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com<br>    *Attorneys for Defendant* |

SO ORDERED this ___ day of _____ 2007.

_____
United States District Court Judge

759384