IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENTRUST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-098-GMS |
| v. | ) | |
| | ) | |
| OPEN SOLUTIONS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Open Solutions Inc. to move, answer or otherwise plead in response to the Complaint is extended until May 14, 2007.  This deadline was previously extended until April 12, 2007, because defendant had only recently retained counsel and required additional time to analyze the issues and prepare a response to the Complaint (D.I. 7). Defendant's counsel has now had an opportunity to analyze the issues, and respectfully requests additional time to discuss the possibility of a negotiated settlement with plaintiff before defendant is required to incur substantial litigation expenses.


RICHARDS, LAYTON & FINGER P.A.          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Gregory E. Stuhlman*                      */s/ Rodger D. Smith II*
Frederick L. Cottrell III (#2555)              Jack B. Blumenfeld (#1014)
Gregory E. Stuhlman (#4765)                    Rodger D. Smith II (#3778)
One Rodney Square                              1201 N. Market Street
920 N. King Street                             P.O. Box 1347
Wilmington, DE  19801                          Wilmington, DE  19899
(302) 651-7700                                 (302) 658-9200
stuhlman@rlf.com                               rsmith@mnat.com
  *Attorneys for Plaintiff*                       *Attorneys for Defendant*


SO ORDERED this ___ day of _____ 2007.


_____
United States District Court Judge

759384