IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENTRUST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-098-GMS |
| v. | ) |
| | ) |
| OPEN SOLUTIONS INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Douglas B. Greenswag, Kirkpatrick & Lockhart Preston Gates Ellis LLP, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158 to represent defendant Open Solutions, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
   *Attorneys for Defendant Open Solutions, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: May 14, 2007

Douglas B. Greenswag   (Wash ID #37506)
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 Fourth Avenue
Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
douglas.greenswag@klgates.com

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on May 15, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

>Gregory E. Stuhlman
>Richards, Layton & Finger

and that on May 15, 2007, I caused copies to be served upon the following in the manner indicated:

### BY EMAIL & HAND

>Gregory E. Stuhlman
>Richards, Layton & Finger P.A.
>One Rodney Square
>Wilmington, DE 19801
>stuhlman@rlf.com

### BY EMAIL

>Terence P. Ross
>Gibson Dunn & Crutcher
>1050 Connecticut Avenue, N.W., Suite 200
>Washington, DC 20036
>TRoss@gibsondunn.com

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>(302) 658-9200
>rsmith@mnat.com