IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENTRUST, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 07-98-GMS |
| v. ) | |
| ) | |
| OPEN SOLUTIONS INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Anne Shea Gaza of Richards, Layton & Finger is substituted for Gregory E. Stuhlman of Richards, Layton & Finger as counsel for Plaintiff Entrust, Inc. Frederick L. Cottrell, III and Richards, Layton & Finger continue to represent Plaintiff Entrust, Inc. in this matter.

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

OF COUNSEL:
Terence P. Ross
Amy B. Altshul
Michael D. Billok
GIBSON DUNN & CRUTCHER
1050 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036
Tel: (202) 955-8500

Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700

*Attorneys for Plaintiff*
*Entrust, Inc*

Dated: May 18, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

I hereby certify that on May 18, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Douglas B. Greenswag, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com

RLF1-3151683-1