IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENTRUST, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> OPEN SOLUTIONS INC., <br><br> Defendant/Counterclaim Plaintiff. | C. A. No. 07-098-GMS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the instant action be dismissed with prejudice. The parties both agree to payment of their own attorneys' fees and costs incurred in prosecuting this action, and to the settlement of the underlying dispute according to the September 29, 2007 Settlement Agreement and Mutual Release.

/s/ Anne Shea Gaza
_____
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
(302) 651-7701 (fax)
moyer@rlf.com
gaza@rlf.com
*Attorneys for Plaintiff/Counterclaim Defendant Entrust, Inc.*

/s/ Rodger D. Smith, II
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
(302) 658-3989
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Defendant/Counterclaim Plaintiff Open Solutions, Inc.*

RLF1-3137778-1

IT IS SO ORDERED this _____ day of _____, 2007.

_____
Chief Judge Gregory M. Sleet

RLF1-3137778-1